```
 1  STIP
    F. THOMAS EDWARDS, ESQ.
 2  Nevada Bar No. 9549
    E-mail: tedwards@nevadafirm.com
 3  MARY LANGSNER, ESQ.
    Nevada Bar No. 13707
 4  E-mail: mlangsner@nevadafirm.com
    HOLLEY DRIGGS WALCH
 5  FINE WRAY PUZEY & THOMPSON
    400 South Fourth Street, Third Floor
 6  Las Vegas, Nevada 89101
    Telephone:    702/791-0308
 7  Attorneys for Defendants John Alfred Ritter and Linda Yu
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| L7 LC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ALFRED RITTER, individually; LINDA YU, individually; DOES I through V; and ROE entities I through V, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-02509-RFB-VCF<br><br>**STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING (THIRD REQUEST)**<br><br>**SUBMITTED IN COMPLIANCE WITH LR IA 6-1** |

Defendants, JOHN ALFRED RITTER AND LINDA YU (collectively, "Defendants"), by and through their counsel F. Thomas Edwards, Esq. and Mary Langsner, Esq. of the law firm Holley Driggs Walch Fine Wray Puzey & Thompson, and Plaintiff L7 LC ("Plaintiff"), by and through its counsel Janet Trost Esq. of the Janet Trost Law Firm, hereby stipulate and jointly move the Court for a thirty-day extension of the time within which Defendants shall file an answer or otherwise responsive pleading, from **December 1, 2017, to January 5, 2018**.

This instant Stipulation is the parties' third request for an extension of time. Good cause for the requested extension exists because the parties have reached a settlement, have finalized settlement documents, and await each other's performance under the settlement

///

agreement; therefore the parties request an additional thirty-five calendar days.

**IT IS SO STIPULATED.**

Date this <u>1st</u> day of <u>December</u>, 2017.

**HOLLEY DRIGGS WALCH**
**FINE WRAY PUZEY & THOMPSON**

<u>/s/ F. Thomas Edwards</u>
F. THOMAS EDWARDS, ESQ. (NBN 9549)
MARY LANGSNER, ESQ. (NBN 13707)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
E-mail: tedwards@nevadafirm.com
E-mail: mlangsner@nevadafirm.com
*Attorneys for Defendants John Alfred Ritter and Linda Yu*

**JANET TROST LAW FIRM**

<u>/s/ Janet Trost</u>
JANET TROST, ESQ. (NBN 4072)
501 S. Rancho Drive, Ste. H-56
Las Vegas, Nevada 89106
E-mail: janettrostesq@aol.com
*Attorney for Plaintiff L7 LC*

## **ORDER**

Based upon the stipulation and agreements of the parties as set forth above, and good and just cause appearing:

**IT IS ORDERED** that the time by which Defendants are to file a responsive pleading is extended thirty-five (35) calendar days; and

**IT IS FURTHER ORDERED** that **on or before Friday January 5, 2018**, Defendants shall file a responsive pleading.

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE
DATED: 12-4-2017